**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**DONALD WHITE,**

**Plaintiff,**

**v.**

**Civil Action No.:** 2:09-0157
**(Removal from Kanawha County Circuit Court; 09-C-120)**

**COLUMBIA GAS TRANSMISSION CORPORATION, and MURPHY ELEVATOR COMPANY,**

**Defendants.**

**NOTICE OF REMOVAL**

For its Notice of Removal of this action from the Circuit Court of Kanawha County, West Virginia to the United States District Court for the Southern District of West Virginia, Defendant Columbia Gas Transmission LLC (hereinafter "Columbia Gas"), incorrectly named in Plaintiff's Complaint Columbia Gas Transmission Corporation, states as follows:

1. On or about January 23, 2009, Columbia Gas was served with a Summons and a Complaint, which was filed in Circuit Court of Kanawha County, West Virginia as Civil Action No. 09-C-120. A copy of the Summons, Complaint, and docket sheet are attached hereto as "Exhibit A" in accordance with 28 U.S.C. § 1446(a).

2. This Notice of Removal therefore is timely filed within 30 days of service of the Summons and Complaint and is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

3. Plaintiff Donald White, upon information and belief, is, at the time of filing the Notice of Removal and at the commencement of Civil Action No. 09-C-120, a citizen and resident of Kanawha County, West Virginia. Compl. ¶ 1.

4. Defendant Columbia Gas is and was at all times relevant hereto, including at the time of filing the Notice of Removal and at the commencement of Civil Action No. 09-C-120, a limited liability corporation organized under the laws of the state of Delaware and having its principal place of business in Ohio.

5. Defendant Murphy Elevator Company ("Murphy Elevator"), upon information and belief, is and was at all times relevant hereto, including at the time of filing the Notice of Removal and at the commencement of Civil Action No. 09-C-120, a company organized under the laws of the state of Kentucky and having its principal place of business in Kentucky. Compl. ¶ 3.

6. Defendant Murphy Elevator has consented to removal of this action. Consent to Removal, attached hereto as "Exhibit B;" see also, Dorsey v. Borg-Warner Auto., Inc., 218 F.Supp.2d 817, 819 (S.D. W. Va. 2002).

7. This is a civil action at law brought by Plaintiff wherein he seeks compensatory damages sustained as a result of Defendants' alleged negligence. As evidenced herein, the United States District Court for the Southern District of West Virginia has jurisdiction by reason of the diversity of citizenship between Plaintiff and Defendants pursuant to 28 U.S.C. § 1332(a).

8. Plaintiff alleges that he "has incurred medical expenses and may incur additional medical expenses in the future[,]…has lost wages and may lose additional wages in the future[, and]…has also suffered non-economic damages and may suffer additional non-economic damages in the future." Compl. ¶ 14. Further, Plaintiff seeks attorney's fees. Compl. ad damnum clause.

9. Plaintiff's medical bills and lost wages, as of June 9, 2008, already totaled $22,407.69. Plaintiff's additional claim for future medical expenses and lost wages plus

attorney's fees satisfy the jurisdictional amount. Workman v. Figueroa, 2006 WL 3359007, *1 (S.D. W. Va. Sept. 27, 2006) (jurisdictional amount satisfied where plaintiff sought over $15,000 in medical expenses plus future medical treatment, lost wages, and non-economic damages). Accordingly, although Defendants will dispute on the merits that Plaintiff is entitled to any recovery, the Complaint and this Notice of Removal establish that the amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Concurrent with the filing of this document with the United States District Court for the Southern District of West Virginia, Defendants have filed with the Kanawha County Circuit Court and has served upon Plaintiff's counsel a Notice of Removal advising the state court that it has removed this action to the United States District Court for the Southern District of West Virginia.

**WHEREFORE**, Defendants Columbia Gas Transmission LLC and Murphy Elevator Company pray that the aforesaid civil action be removed from the Circuit Court of Kanawha County, West Virginia, to the United States District Court for the Southern District of West Virginia, and that said state court proceed no further with said action.

**COLUMBIA GAS TRANSMISSION LLC**
By Counsel

/s/Lindsay Agee
Joanna I. Tabit (W.Va. Bar No. 4303)
Lindsay Agee (W. Va. Bar No. 10782)
Chase Tower
P. O. Box 1588
Charleston, WV 25326-1588
(304) 353-8000 phone
(304) 353-8180 facsimile

STEPTOE & JOHNSON PLLC
Of Counsel

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**DONALD WHITE,**

**Plaintiff,**

**v.**

**Civil Action No.:**
**(Removal from Kanawha County Circuit Court; 09-C-120)**

**COLUMBIA GAS TRANSMISSION CORPORATION, and MURPHY ELEVATOR COMPANY,**

**Defendants.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February, 2009, I served the foregoing "Notice of Removal" upon all counsel of record, by depositing a true copy thereof in the United States mail, postage prepaid, in an envelope addressed as follows:

James R. Akers, II, Esq.
Akers Law Offices, PLLC
128 Capitol Street
P.O. Box 11206
Charleston, WV 25339
*Counsel for Plaintiff*

Gary W. Hart, Esq.
Jackson Kelly PLLC
P. O. Box 553
Charleston, WV 25322
*Counsel for Murphy Elevator Company*

/s/Lindsay Agee
Lindsay Agee, Esq. (WV #10782)