ENTERED
OCT 27 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

**DONALD WHITE,**

**Plaintiff,**

**v.**

**Case No. 2:09-cv-157**
**Judge Joseph R. Goodwin**

**COLUMBIA GAS TRANSMISSION CORPORATION, and MURPHY ELEVATOR COMPANY,**

**Defendants.**

## DISMISSAL ORDER

This day came the plaintiff Donald White, by his attorney, J.B. Akers and Akers Law Offices, PLLC and came the defendants, Columbia Gas Transmission LLC and Murphy Elevator Company, by its attorneys, Gary W. Hart and Jackson Kelly PLLC; whereupon, the parties, by and through their attorneys, announced unto the Court that all matters in difference between the plaintiff and the defendants have been adjusted, compromised and settled, and the parties, by and through their attorneys, moved the Court to dismiss plaintiff's complaint with prejudice and there being no objection thereto, and the Court perceiving of none, it is, therefore, accordingly **ORDERED** that said claims be, and they hereby are, dismissed with prejudice, and this civil action is retired from the docket of this Court.

The Clerk of the Court is hereby directed to send certified copies of this Dismissal Order to all counsel of record.

Entered this 26 day of October, 2009.

[signature]

**Judge Joseph R. Goodwin**

{C1607174.1}

PRESENTED AND APPROVED BY:

GARY W. HART (WV Bar #1616)
Attorney for Columbia Gas Transmission LLC
And Murphy Elevator Company
Jackson Kelly PLLC
Post Office Box 553
Charleston, West Virginia 25322
Telephone: (304) 340-1191
Fax: (304) 340-1050
E-mail: ghart@jacksonkelly.com

J.B. AKERS, II (WV Bar #8083)
Attorney for Donald White
Akers Law Offices, PLLC
28 Capital Street
P.O. Box 11206
Charleston, West Virginia 25339
Telephone: 304-720-1422
Fax: 304-720-6956
jb@akerslawoffices.com